IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BERNARD CLYDE MCGEE,**

    **Plaintiff,**

v.                                     **CASE NO. 5:14-cv-00097-RS-EMT**

**WALTER MCNEIL, et al,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). No objections were filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk is directed to close this case and terminate all pending motions.

**ORDERED** on October 20, 2014.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**